DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FRAZIER

No. 34 PC.

Case below: 33 N.C. App. 757.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.

STATE v. HARDY

No. 41 PC.

Case below: 33 N.C. App. 722.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 October 1977.

STATE v. HEAD

No. 206 PC.

Case below: 33 N.C. App. 494.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 September 1977.

STATE v. LOCKLEAR

No. 11 PC.

Case below: 33 N.C. App. 647.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.

STATE v. ROGERS

No. 40 PC.

Case below: 33 N.C. App. 757.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 October 1977.